IN THE UNITED STATES DISTRICT COURT

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

THIS DOCUMENT RELATES TO:                CIVIL ACTION NO. MDL 875

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

All Cascino Vaughan Law Office
Cases on Attached Exhibit A

    Plaintiff,

    v.                                              Case No.: See Exhibit A (# cases)

Various Defendants

    Defendants.

MOTION FOR VOLUNTARY DISMISSAL

NOW COMES the plaintiff, by their attorneys, Cascino Vaughan Law Offices, Ltd., and moves this Honorable Court to enter dismissals for the attached cases.

Date: 4/18/06

By: s/ Michael P. Cascino
    Attorney for Plaintiff

Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
(312)-944-0600

Central District of Illinois Urbana Division

| Name | Case# |
| --- | --- |
| Albrecht Robert J | 92-1210 |
| Alderman Charles N Sr | 91-2132 |
| Allen Leonard E Jr | 94-2174 |
| Anderson William L | 92-2321 |
| Askins Thomas | 94-2262 |
| Bainter Paul E | 91-1162 |
| Baker Allen L | 91-3154 |
| Baker Lyle E Sr | 91-1143 |
| Balch Max L | 94-2255 |
| Bales Donald E | 93-2231 |
| Barger Leon R | 88-2214 |
| Barnhill Bobby E | 91CV01358 |
| Barth Henry R | 91-1131 |
| Batson Orville J | 91CV02478 |
| Baumgart Robert | 88-2190 |
| Beavers William B Sr | 94-2261 |
| Beck Raymond G Jr | 91-1128 |
| Becker Charles L Sr | 91-1153 |
| Beddow Merle J | 94-2239 |
| Bell Orville L | 94-2267 |
| Belsley Louis G | 91-1148 |
| Blair William E | 91-2179 |
| Block John H | 93-1386 |
| Boaz Charles W Sr | 94-2291 |
| Boote Orlyn E | 93-3097 |
| Borchers David L | 92-2318 |
| Branchfield Del C Jr | 91CV01377 |
| Breymeier Robert G | 921214 |
| Broe James V Sr | 91-1137 |
| Brumleve Gerald C | 91CV02502 |
| Buchanan Howard L | 94-2286 |
| Bunch Robert E | 91-1125 |
| Burdette Earl W | 921220 |
| Burgess Charles L | 93-2227 |
| Burgin Theodore J Jr | 94-2252 |
| Burgin Theodore J Sr | 94-2253 |
| Burroughs Gerald I | 91CV01376 |
| Burt Floyd C Jr | 94-2293 |
| Carlock Jack M | 91CV3335 |
| Carr Phillip J | 93-2228 |
| Casner Frederick W | 94-2273 |
| Chamberlain Gerald J | 91-2182 |
| Chambers Jesse | 921219 |



EXHIBIT A

1:91-cv-01141-JTG    # 31    Page 3 of 7

Page 2

Central District of Illinois Urbana Division

| Name | Case# |
|---|---|
| Chaney Melvin D | 92-1509 |
| Charvat John M Sr | 94-1312 |
| Clapp Louis R | 91-2174 |
| Clemons Richard L | 92-1495 |
| Coker Forrest E | 91-3147 |
| Cole Harry D | 91-1152 |
| Cook William B | 923286 |
| Cornwell Leslie R Sr | 94-2269 |
| Cox Donald E Sr | 94-2247 |
| Coyle William J | ~~91L190~~ 93-2001 |
| Craig Kenneth G | 91CV01360 |
| Creek Richard M | 94-2268 |
| Creek Robert A Sr | 91CV02479 |
| Croy Ivan D | 91CV02500 |
| Dace Russell D | 91CV01361 |
| Davis Frank R | 91-1127 |
| Davis James W | 93-2232 |
| Day Henry H | 91-1165 |
| De Clerk John W | 94-2292 |
| Dean William G | 88-cv-02217 |
| Debolt Russell W Sr | 91CV01409 |
| Dickson Marion L | 93-1229 |
| Dimarco Antonio | 94-2257 |
| Diskin Cyril E | 93-2118 |
| Dodson Earl J | 91-1154 |
| Drotos Joseph F | 94-2270 |
| Eaton Charles R | 91CV02476 |
| Ebert Gene L | 91-1146 |
| Edbrooke Richard C | 94-2260 |
| Edwards John O | 91-1126 |
| Ellis Dean L Sr | 92-3287 |
| Endsley Robert L | 94-2271 |
| Estock Richard E | 91-2180 |
| Estock Robert S | 94-2272 |
| Fascian John V | 91CV01357 |
| Fast Raymond L | 94-1314 |
| Fengel Gale B | 91-1147 |
| Flessner Harold L | 91CV01380 |
| Flynn Oliver A Jr | 93-2135 |
| Flynn Vincent D | 923284 |
| Fonner Larry W Sr | 94-2175 |
| Foster Richard V Sr | 94-2258 |
| Frampton William E | 91-1151 |

Central District of Illinois Urbana Division

Page 3

| Name | Case# |
|---|---|
| Friedrich Charles H | 94-2198 |
| Fritsch George B | 94-2295 |
| Fuller Warren L | 92-2129 |
| Funk Donald R | 91-3148 |
| Garner Ray | 91CV01356 |
| Gatterman John H | 93-2226 |
| Gay John H | 91-1133 |
| Gomer Sherman M | 91-1166 |
| Goodlick Richard | 91CV01355 |
| Gorman Daniel E | 91-1156 |
| Graber James L | 91CV01346 |
| Grimes William E Sr | 91CV02489 |
| Guler Roger O | 91-1136 |
| Gulotta Jake A | 94-03153 |
| Gulotta Peter C | 94-2240 |
| Haddon Harold W | 91-2183 |
| Halberg Richard A | 92-1507 |
| Hall Henry D | 92-1511 |
| Hamm James C Sr | 92-3105 |
| Hamm Virgil D Sr | 91CV01396 |
| Hansgen Darrell F | 93-2120 |
| Hansgen Michael R | 93-2117 |
| Happekotte Michael E | 923290 |
| Harris Bernard J | 94-2275 |
| Hartman Jerald D | 94-2274 |
| Haxton Clem J | 92-3102 |
| Hayes Gerald L | 92-1213 |
| Hazel Marion R | 92-2311 |
| Heady Dane | 91-2186 |
| Heller Gene A | 94-2285 |
| Henrichs Marvin E Sr | 91-1139 |
| Henricks Kenneth D | 91-1157 |
| Herren Richard | 92-1506 |
| Hill Jack H | 92-1505 |
| Hillyer Richard B Sr | 91-2176 |
| Horn Henry W Sr | 94-2287 |
| Hubert Dale L Sr | 922128 |
| Hygnstrom Andrew C | 94-2279 |
| Jarc Frank | 93-2132 |
| Johnson Jerry L Sr | 91-2190 |
| Johnson Yalmer M | 91-1161 |
| Kagels Robert L | 94-2276 |
| Kerr James H | 91-2194 |

Central District of Illinois Urbana Division

| Name | Case# |
| --- | --- |
| Kimbrell Virgil L | 92-1492 |
| Kinney John A | 91CV02488 |
| Kiser Howard L | 91-2193 |
| Kohlhause Louis A | 91-2175 |
| Kress Elmis E Jr | 91-2178 |
| Krutsinger Clark L | 91CV02482 |
| Kull Carl M | 94-2234 |
| Lamb Dennis H | 92-1519 |
| Lane Robert H | 91-3152 |
| Lane Thomas A | 94-2182 |
| Largent Richard D | 91CV01354 |
| Leamons Doyle E | 92-2323 |
| Leitner Philip F Sr | 91-1158 |
| Lippert Charles A | 92-2141 |
| Lippert James E Sr | 91CV01382 |
| List Glenn L Sr | 91-3151 |
| Litersky Eugene F Jr | 91CV01381 |
| Losher Harold E | 91-1140 |
| Lovett Charles J Sr | 94-2281 |
| Lucas Gary A | 92-1491 |
| Luttrell Robert E | 94-2199 |
| Mace Leroy L | 91-1134 |
| Manning Elmer L | 93-1169 |
| Marks William J | 93-1156 |
| Maynard John L | 93-1158 |
| McCartney Charles A | 94-2280 |
| McClellan Fred T | 94-2277 |
| McKenzie Paul D | 94-2180 |
| McMullen Russel W Sr | 91CV01348 |
| McQueen William H Sr | 91CV02484 |
| McWethy Roy E Sr | 91-2188 |
| Meeker Orville K Sr | 94-2250 |
| Meyer Donald F | 91-2196 |
| Miller Lavern J | 91CV01353 |
| Miller Lloyd R | 91CV02485 |
| Mills Lloyd C | 92-2324 |
| Minor John W | 91CV03332 |
| Mitchell Marvin M | 91CV02490 |
| Montonye Randall D | 91-1258 |
| Morgan Donald C | 93-2134 |
| Morton Kenneth E | 94-2259 |
| Mott Merle R | 94-2235 |
| Mumm Roy F | 94-2278 |

Central District of Illinois Urbana Division

| Name | Case# |
|---|---|
| Murray Jerry L | 94-2263 |
| Myers Jack | 94-2264 |
| Nance Dean C | 94-2197 |
| Nicholson Arthur J Jr | 91-2133 |
| Noble Olen E | 923289 |
| Normandin Glen E Sr | 94-2238 |
| O'Connor Edward C | 91-1129 |
| Oetgen William E | 92-1490 |
| Ogle Edward W | 94-2244 |
| Palfi Andrew J | 94-2181 |
| Parson Delbert D | 92-1503 |
| Partlow Charles H | 94-1132 |
| Pedigo Gaylord T | 92-1517 |
| Perillo Anthony R | 94-2298 |
| Peterson Robert E | 94-2288 |
| Phillips George E | 92-1502 |
| Phillips Howard M Sr | 94-2196 |
| Plue Alvin E | 91CV01410 |
| Poepping Paul F | 93-3099 |
| Polley Edward E | 94-2283 |
| Preston Ronald E | 91CV01373 |
| Pritchard Ray H | 91CV02483 |
| Pritchard William A Sr | 91CV02486 |
| Rebmann John P | 94-2251 |
| Ricketts Leslie E | 91CV02518 |
| Robeck Edward A | 94-2297 |
| Rogers Carol S | 921212 |
| Rogers Franklyn D | 92-1501 |
| Rowles Charles H | 93-1159 |
| Sanford William M Sr | 93-2133 |
| Schierer Gerald R | 92-1500 |
| Schierer James R | 91CV01369 |
| Schmidt Robert L Sr | 91-1149 |
| Schum Eugene A | 94-2243 |
| See Clara B | 91-2187 |
| Shepherd John C | 91CV02519 |
| Smith Kenneth Sr | 94-2254 |
| Smith Thomas E | 93-2230 |
| Snyder Ameses B Jr | 94-2178 |
| Snyder Kenneth C Sr | 91CV03331 |
| Spillman William L | 93-1230 |
| Stanbary Brook V | 921222 |
| Stoneburner Jerry D Sr | 91-1142 |

Central District of Illinois Urbana Division

| Name | Case# |
|---|---|
| Stranz Larry W | 91-1132 |
| Sturgeon Joseph A Jr | 91-2192 |
| Teel Don C Sr | 92-1516 |
| Tenuyl Gerrit H | 91-2181 |
| Terrell George C | 91-1160 |
| Thompson Curtis S | 923288 |
| Turnbow Jim C Sr | 93-1157 |
| Unes John L | 91-1135 |
| Van Horn Bert E | 91-1141 |
| Vanderkolk Richard J | 94-2256 |
| Vatsula Paul K | 94-2290 |
| Vaughn William W | 94-2179 |
| Von Boeckman Carl H Jr | 91-1144 |
| Vrzina Robert Jr | 94-2296 |
| Waterstradt Henry J Sr | 94-2294 |
| Weaver Eddie K | 92-1494 |
| Weber Emerson G Sr | 91CV1252 |
| Weber Marvin R | 923096 |
| Weeks Donald R Sr | 91CV02481 |
| Welter Dale A | 91CV01352 |
| White Donald L | 92-2322 |
| White Donald W | 94-2284 |
| Williams Charles F | 93-2085 |
| Wills James C | 94-2176 |
| Woods Jack A | 91-1138 |
| Wright Charles E | 91-3153 |
| Wynd Richard J | 91-1163 |
| Wynd Robert F | 921218 |
| Zaborac John F | 93-1167 |